In the Matter of the Estate of MELVIN J. DENISON, Deceased.

MARY L. DENISON, Appellant; MARY D. FIEBIGER, Respondent.

Argued February 21, 1939; decided March 7, 1939.

*Laurence V. Benedict* for appellant.

*Thomas T. Heney* and *Ellis J. Staley* for respondent.

Order affirmed, with costs against the appellant; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.